PAUL GAUER ATTORNEY
347 FRANKLIN STREET
BLOOMFIELD, NJ 07003
(973) 743-7050

Attorney for the Debtor(s)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

ORIGENE LOUIS

Case No.: 17-22970 JKS

Debtor(s)

**PRE-CONFIRMATION CERTIFICATION OF
COMPLIANCE WITH POST PETITION
OBLIGATIONS IN ACCORDANCE WITH 11
U.S.C. SECTION 1325(a)(8) AND (a)(9)**

I, [Name of Debtor or Debtor's Attorney], upon my oath according to law, hereby certify
as follows:

1.      The below information is being supplied for compliance with the Confirmation
Hearing date on _____9/14/17_____.

2.      The above named Debtor(s) are current with all of their Post Petition obligations.

3.      The above named Debtor(s) has / have paid all post petition amounts that are
required to be paid under any and all Domestic Support Obligations.

4.      The above named Debtor(s) has / have filed all applicable Federal, State, and
local tax returns, as required by 11 U.S.C. Section 1308.

5.      If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason,
an updated Certification will be filed with the Court prior to any subsequent Confirmation
hearing date in the event any of the information contained in this Certification changes.

6.      If this Certification is being signed by the Debtor(s)' counsel, Counsel certifies
that the Debtors were duly questioned about the statements in this certification and supplied
answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any
of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: _____9/14/17_____

BY: _Origene Louis_
ORIGENE LOUIS