PAUL GAUER, ESQ.
347 FRANKLIN STREET
BLOOMFIELD, NJ  07003

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017
#### Chapter 13 Case # 17-22970

Re:   LOUIS ORIGENE                                  Atty:   PAUL GAUER, ESQ.
      75 WASHINGTON STREET                                   347 FRANKLIN STREET
      EAST ORANGE,  NJ  07017                                BLOOMFIELD, NJ  07003

## RECEIPTS AS OF 12/31/2017          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/11/2017 | $250.00 | 107683180121 | 08/08/2017 | $250.00 | 107683224540 |
| 09/06/2017 | $250.00 | 107928008122 | 10/06/2017 | $250.00 | 107928006527 |
| 11/09/2017 | $250.00 | 107928041683 | 12/11/2017 | $250.00 | 107928080579 |

**Total Receipts: $1,500.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,500.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017          (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 93.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,900.00 | 100.00% | 1,186.00 | 714.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | EAST ORANGE GENERAL HOSPITAL DEPT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | HEART CENTER OF ORANGES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | JFK MEDICAL CENTER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | NAPA OF NEW JERSEY | UNSECURED | 2,565.00 | 100.00% | 0.00 | 2,565.00 |
| 0006 | SPECIALIZED LOAN SERVICING, LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid:  $1,279.50**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 10, 2018.

Receipts: $1,500.00          -      Paid to Claims: $0.00          -      Admin Costs Paid: $1,279.50   =   Funds on Hand: $470.50

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
          VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.