**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
~~**Chapter 13 Standing Trustee**~~

IN RE:

LOUIS ORIGENE

**Case No.:  17-22970**

**Adv. No.:**

**Hearing Date:**

## CERTIFICATION OF SERVICE

1.  I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2.  On, 05/24/2018, I sent a copy of the following pleadings and/or documents to the parties listed below:

### Certification of Default

3.  I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
LOUIS ORIGENE
75 WASHINGTON STREET
EAST ORANGE, NJ  07017
Mode of Service:  Regular Mail

Attorney for Debtor(s):
PAUL GAUER, ESQ.
347 FRANKLIN STREET
BLOOMFIELD, NJ  07003
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  May 24, 2018

By:   /S/  Jackie Michaels
Jackie Michaels