**PAUL GAUER ATTORNEY**
**347 FRANKLIN STREET**
**BLOOMFIELD, NJ 07003**
**(973) 743-7050**

Attorney for the Debtor(s)

In Re:

Louis Origene

Debtor(s)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.: 17-22970-JKS

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)**

I, [Name of Debtor or Debtor's Attorney], upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on 7/12/2018.

2. The above named Debtor(s) are current with all of their Post Petition obligations.

3. The above named Debtor(s) has / have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

4. The above named Debtor(s) has / have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

5. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

6. If this Certification is being signed by the Debtor(s)' counsel, Counsel certifies that the Debtors were duly questioned about the statements in this certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: 6/30/2018                    BY: _Origene Louis_