PAUL GAUER, ESQ.
347 FRANKLIN STREET
BLOOMFIELD, NJ  07003

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
#### Chapter 13 Case # 17-22970

Re:  LOUIS ORIGENE                               Atty:  PAUL GAUER, ESQ.
     75 WASHINGTON STREET                               347 FRANKLIN STREET
     EAST ORANGE, NJ  07017                             BLOOMFIELD, NJ  07003

## RECEIPTS AS OF 12/31/2018    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/11/2017 | $250.00 | 107683180121 | 08/08/2017 | $250.00 | 107683224540 |
| 09/06/2017 | $250.00 | 107928008122 | 10/06/2017 | $250.00 | 107928006527 |
| 11/09/2017 | $250.00 | 107928041683 | 12/11/2017 | $250.00 | 107928080579 |
| 01/09/2018 | $250.00 | 107928052595 | 02/12/2018 | $250.00 | 107683240456 |
| 03/13/2018 | $250.00 | 107928097816 | 04/09/2018 | $250.00 | 108056485636 |
| 05/11/2018 | $250.00 | 108056414719 | 06/12/2018 | $250.00 | 107928102150 |
| 07/10/2018 | $250.00 | 108056365109 | 08/13/2018 | $250.00 | 108286941587 |
| 09/11/2018 | $250.00 | 108286981979 | 10/10/2018 | $250.00 | 108287040664 |
| 11/08/2018 | $250.00 | 108056389078 | 12/11/2018 | $250.00 | 108286958770 |

**Total Receipts: $4,500.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $4,500.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| NAPA OF NEW JERSEY | | | | | | |
| | 08/20/2018 | $1,173.00 | 807,462 | 09/17/2018 | $242.50 | 809,442 |
| | 10/22/2018 | $242.50 | 811,332 | 11/19/2018 | $235.75 | 813,292 |
| | 12/17/2018 | $235.75 | 815,172 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 249.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,900.00 | 100.00% | 1,900.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | US BANK NATIONAL ASSOCIATION | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | EAST ORANGE GENERAL HOSPITAL DEPT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | HEART CENTER OF ORANGES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | JFK MEDICAL CENTER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | NAPA OF NEW JERSEY | UNSECURED | 2,565.00 | 100.00% | 2,365.25 | 199.75 |

**Total Paid: $4,514.25**
See Summary

## SUMMARY

| |
|---|
| Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019. |
| Receipts: $4,500.00     -     Paid to Claims: $2,365.25     -     Admin Costs Paid: $2,149.00     =     Funds on Hand: $235.75 |

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.