PAUL GAUER, ESQ.
347 FRANKLIN STREET
BLOOMFIELD, NJ  07003

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 17-22970

Re:   LOUIS ORIGENE                                         Atty:   PAUL GAUER, ESQ.
      75 WASHINGTON STREET                                          347 FRANKLIN STREET
      EAST ORANGE,  NJ  07017                                       BLOOMFIELD, NJ  07003

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/11/2017 | $250.00 | 107683180121 | 08/08/2017 | $250.00 | 107683224540 |
| 09/06/2017 | $250.00 | 107928008122 | 10/06/2017 | $250.00 | 107928006527 |
| 11/09/2017 | $250.00 | 107928041683 | 12/11/2017 | $250.00 | 107928080579 |
| 01/09/2018 | $250.00 | 107928052595 | 02/12/2018 | $250.00 | 107683240456 |
| 03/13/2018 | $250.00 | 107928097816 | 04/09/2018 | $250.00 | 108056485636 |
| 05/11/2018 | $250.00 | 108056414719 | 06/12/2018 | $250.00 | 107928102150 |
| 07/10/2018 | $250.00 | 108056365109 | 08/13/2018 | $250.00 | 108286941587 |
| 09/11/2018 | $250.00 | 108286981979 | 10/10/2018 | $250.00 | 108287040664 |
| 11/08/2018 | $250.00 | 108056389078 | 12/11/2018 | $250.00 | 108286958770 |
| 01/10/2019 | $250.00 | 108287051543 | 02/08/2019 | $250.00 | 108377121501 |
| 03/11/2019 | $250.00 | 108377179108 | 04/09/2019 | $250.00 | 108377232205 |
| 05/10/2019 | $250.00 | 108056434640 | 06/11/2019 | $250.00 | 108377174807 |
| 07/09/2019 | $250.00 | 108377154105 | 08/09/2019 | $250.00 | 108561186998 |
| 09/10/2019 | $250.00 | 108561175448 | 10/08/2019 | $250.00 | 108561145957 |
| 11/13/2019 | $250.00 | 108561113507 | 12/10/2019 | $250.00 | 108561077207 |
| 01/09/2020 | $250.00 | 108561073632 | | | |

**Total Receipts: $7,750.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $7,750.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| NAPA OF NEW JERSEY | | | | | | |
| | 08/20/2018 | $1,173.00 | 807,462 | 09/17/2018 | $242.50 | 809,442 |
| | 10/22/2018 | $242.50 | 811,332 | 11/19/2018 | $235.75 | 813,292 |
| | 12/17/2018 | $235.75 | 815,172 | 01/14/2019 | $235.75 | 817,098 |
| | 02/11/2019 | $199.75 | 818,987 | | | |
| US BANK TRUST NA | | | | | | |
| | 08/19/2019 | $1,463.25 | 830,920 | 09/16/2019 | $240.00 | 832,978 |
| | 10/21/2019 | $246.25 | 834,946 | 11/18/2019 | $237.00 | 837,046 |
| | 12/16/2019 | $237.00 | 838,974 | 01/13/2020 | $237.00 | 840,849 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 387.50 | TBD |

**Chapter 13 Case # 17-22970**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,900.00 | 100.00% | 1,900.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | US BANK TRUST NA | MORTGAGE ARRE | 46,289.80 | 100.00% | 2,660.50 | 43,629.30 |
| 0002 | EAST ORANGE GENERAL HOSPITAL DEPT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | HEART CENTER OF ORANGES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | JFK MEDICAL CENTER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | NAPA OF NEW JERSEY | UNSECURED | 2,565.00 | 100.00% | 2,565.00 | 0.00 |

**Total Paid: $7,513.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $7,750.00    -    Paid to Claims: $5,225.50    -    Admin Costs Paid: $2,287.50    =    Funds on Hand: $237.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.