Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                      Case No.: 17−22970−JKS
                      Chapter: 13
                      Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Louis Origene
   75 Washington Street
   East Ornage, NJ 07017

Social Security No.:
   xxx−xx−7489

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on January 28, 2020.

    On 7/27/20 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                August 27, 2020
Time:               08:30 AM
Location:         Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 28, 2020
JAN: wdh

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 17-22970-JKS
Louis Origene                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 2              Date Rcvd: Jul 28, 2020
                            Form ID: 185           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2020.
db          +Louis Origene,    75 Washington Street,    East Ornage, NJ 07017-1026
cr          +BSI Financial Services, as servicer for U.S. Bank,    c/o Friedman Vartolo LLP,
              1325 Franklin Avenue, Suite 230,    Garden City, NY 11530-1631
516902051   +Bank of NY/Mellon,    Pluese, Becker & Saltzman, LLC,    2000 Horizon Way Ste 900,
              Mount Laurel, NJ 08054-4303
516902053    Heart Center of Oranges,    POB 767,    South Orange, NJ 07079-0767
516946617   +NAPA of New Jersey,    C. Tech Collection, Inc,    5505 Nesconset Hwy-Ste 200,
              Mt. Sinai, NY 11766-2026
516902048   +NAPA of New Jersey,    C. Tech Collection Inc.,    Po box 402,    Mt. Sinai, NY 11766-0402
517220815   +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
517220816   +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516902052    Specialized Loan Servicing, LLC,    POB 636005,    Littleton, CO 80163-6005
516934607   +The BNYM Trust Company, NA, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517407619    U.S. Bank National Association,    Shellpoint Mortgage Servicing,    P.O. Box 10826,
              Greenville, SC 29603-0826
517407620   +U.S. Bank National Association,    Shellpoint Mortgage Servicing,    P.O. Box 10826,
              Greenville, SC 29603-0826,    U.S. Bank National Association,
              Shellpoint Mortgage Servicing 29603-0826
517985252   +U.S. Bank Trust National Association, as Trustee,    of Cabana Series III Trust,
              c/o BSI Financial Services,    1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
517985253   +U.S. Bank Trust National Association, as Trustee,    of Cabana Series III Trust,
              c/o BSI Financial Services,    1425 Greenway Drive, Ste 400,    Irving, TX 75038,
              U.S. Bank Trust National Association, as 75038-248

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 28 2020 23:12:03     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 28 2020 23:12:01      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516902049     E-mail/Text: abachman@rmbcollect.com Jul 28 2020 23:12:26     JFK Medical Center,
               Po Box 11913,    Newark, NJ 07101-4913
                                                                                             TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516902050     ##East Orange General Hospital Dept-0026,    PO Box 6419,    Champaign, IL 61826-6419
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2020 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    The Bank o f New York Mellon Trust Company, National
               Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as
               Trustee for Residential Asset Mortgage Products, I bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com

```
District/off: 0312-2          User: admin              Page 2 of 2               Date Rcvd: Jul 28, 2020
                              Form ID: 185             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Denise E. Carlon    on behalf of Creditor    The Bank o f New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products, I dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

        Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services, as servicer for U.S. Bank Trust National Association, as Trustee of Cabana Series III Trust bankruptcy@friedmanvartolo.com

        Marie-Ann Greenberg    magecf@magtrustee.com

        Paul Gauer    on behalf of Debtor Louis Origene gauerlaw@aol.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 6