UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

PAUL GAUER ATTORNEY
347 FRANKLIN STREET
BLOOMFIELD, NJ 07003
(973) 743-7050

In Re:

Origene Louis

Order Filed on March 29, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-22970

Chapter: 13

Judge: JKS

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 29, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _PAUL GAUER_____, the applicant, is allowed a fee of $ _2600,00_____ for services rendered and expenses in the amount of $ _-0-_____ for a total of $ _2600.00_____ . The allowance shall be payable:

☒  through the Chapter 13 plan as an administrative priority.

❑  outside the plan.

*Revised 10/3/02*

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 17-22970-JKS

Louis Origene                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                    Page 1 of 2

Date Rcvd: Mar 29, 2021                       Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2021:**

**Recip ID**          **Recipient Name and Address**

db              + Louis Origene, 75 Washington Street, East Ornage, NJ 07017-1026

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2021 at the address(es) listed below:**

**Name**                **Email Address**

Brian C. Nicholas

                on behalf of Creditor The Bank o f New York Mellon Trust Company  National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products, I bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon

                on behalf of Creditor The Bank o f New York Mellon Trust Company  National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products, I dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jonathan C. Schwalb

                on behalf of Creditor BSI Financial Services  as servicer for U.S. Bank Trust National Association, as Trustee of Cabana Series III Trust bankruptcy@friedmanvartolo.com

Marie-Ann Greenberg

                magecf@magtrustee.com

Paul Gauer
                          on behalf of Debtor Louis Origene gauerlaw@aol.com

U.S. Trustee
                          USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6