UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Paul Gauer Attorney
347 Franklin Street
Bloomfield, NJ 07003
973-743-7050
Attorney for Debtor

In Re:

Origene Louis

Case No.: 17-22970

Judge: JKS

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (choose one):

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

    A hearing has been scheduled for _____, at _____.

    Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☑ Certification of Default filed by Ch. 13 Trustee,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

Debtor died
Application for administration filed by daughter

☒ Other (explain your answer): Estate will catch up

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 9/6/23

Attorney for Debtor's Signature

Date: _____

Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev.8/1/15

Receipt 2016071304                                                                06/07/2023

# Essex County Surrogate
## 495 Dr. Martin Luther King, Jr. Blvd.
## Essex County Dr. Martin Luther King, Jr. Justice Building
## Newark, New Jersey 07102
## 973-621-4900

| | | | | |
|---|---|---|---|---|
| Matter: | Origene Louis | | | |
| Received From: | Nadine Smith | | | |
| Address | 3 Windrift Court | | | |
| City, State Zip: | Easton | PA | | 18045 |
| Docket #: | 2023-1288 | | | |
| Created By: | erivera | | | |
| Print Date: | 06/07/2023 | | | |

| Qty. | Description | Reference | Amount |
|---|---|---|---|
| 1 | Child Support Verification | | $5.00 |
| 1 | Affidavit of Assets | | $5.00 |
| 1 | Admin Basic | | $125.00 |
| 3 | Renunciation | | $15.00 |
| 2 | Short Certificates - Initial | | $10.00 |
| | | Amount Due: | $160.00 |
| | Payment Type | Reference | **Amount Paid:** |
| | CHECK | 23149 | **$160.00** |