| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on December 15, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>   LOUIS ORIGENE | Case No.:  17-22970 JKS<br><br>Hearing Date:  12/14/2023 |

**INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: December 15, 2023

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): LOUIS ORIGENE

Case No.: 17-22970

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 12/14/2023 on notice to PAUL GAUER, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $1,037.00 to the Trustee's office by 12/29/2023 or the case will be dismissed with no further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that if satisfied, the Trustee's certification of default will be adjourned to 1/25/2024 at 10:00 AM.