**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on March 28, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

LOUIS ORIGENE

Case No.: 17-22970 JKS

Hearing Date:  3/28/2024

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: March 28, 2024

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): LOUIS ORIGENE

Case No.: 17-22970

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 03/28/2024 on notice to PAUL GAUER, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $5,185.00 to the Trustee's office by 4/8/2024 to be current with Trustee payments through March or the case will be dismissed with no further Notice to Debtor or Debtor's Attorney.