Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−22970−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Louis Origene
   75 Washington Street
   East Ornage, NJ 07017

Social Security No.:
   xxx−xx−7489

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/10/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 11, 2024
JAN: zlh

                                             Jeanne Naughton
                                             Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Louis Origene  
    Debtor

Case No. 17-22970-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: Apr 11, 2024     Form ID: 148     Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Louis Origene, 75 Washington Street, East Ornage, NJ 07017-1026 |
| 516902051 | + | Bank of NY/Mellon, Pluese, Becker & Saltzman, LLC, 2000 Horizon Way Ste 900, Mount Laurel, NJ 08054-4303 |
| 516902050 | | East Orange General Hospital Dept-0026, PO Box 6419, Champaign, IL 61826-6419 |
| 516902053 | | Heart Center of Oranges, POB 767, South Orange, NJ 07079-0767 |
| 516902048 | + | NAPA of New Jersey, C. Tech Collection Inc., Po box 402, Mt. Sinai, NY 11766-0402 |
| 516946617 | + | NAPA of New Jersey, C. Tech Collection, Inc, 5505 Nesconset Hwy-Ste 200, Mt. Sinai, NY 11766-2026 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 11 2024 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 11 2024 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Apr 11 2024 21:12:44 | BSI Financial Services, as servicer for U.S. Bank, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| cr | ^ | MEBN | Apr 11 2024 21:12:43 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 516902049 | | Email/Text: abachman@rmbcollect.com | Apr 11 2024 20:38:00 | JFK Medical Center, Po Box 11913, Newark, NJ 07101-4913 |
| 517220815 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 11 2024 20:37:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517220816 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 11 2024 20:37:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516902052 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 11 2024 20:37:00 | Specialized Loan Servicing, LLC, POB 636005, Littleton, CO 80163-6005 |
| 516934607 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 11 2024 20:37:00 | The BNYM Trust Company, NA, Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517407620 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 11 2024 20:37:00 | U.S. Bank National Association, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, U.S. Bank National Association, Shellpoint Mortgage Servicing 29603-0826 |
| 517407619 | | Email/Text: mtgbk@shellpointmtg.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Apr 11 2024 20:37:00 | U.S. Bank National Association, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517985253 | + | Email/Text: bankruptcy@bsifinancial.com | Apr 11 2024 20:37:00 | U.S. Bank Trust National Association, as Trustee, of Cabana Series III Trust, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038, U.S. Bank Trust National Association, as 75038-2480 |
| 517985252 | + | Email/Text: bankruptcy@bsifinancial.com | Apr 11 2024 20:37:00 | U.S. Bank Trust National Association, as Trustee, of Cabana Series III Trust, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |
| 519269319 | ^ | MEBN | Apr 11 2024 21:12:42 | US Bank Trust NA, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501, US Bank Trust NA, SN Servicing Corporation 95501-0305 |
| 519269318 | ^ | MEBN | Apr 11 2024 21:12:42 | US Bank Trust NA, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 13, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Coats | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust dcoats@ghidottiberger.com |
| Denise E. Carlon | on behalf of Creditor The Bank o f New York Mellon Trust Company  National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products, I dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan C. Schwalb | on behalf of Creditor BSI Financial Services  as servicer for U.S. Bank Trust National Association, as Trustee of Cabana Series III Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Paul Gauer | |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 11, 2024 | Form ID: 148 | Total Noticed: 21 |

on behalf of Debtor Louis Origene gauerlaw@aol.com

U.S. Trustee

   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7